SEYFARTH SHAW LLP
Kenneth D. Sulzer (State Bar No. 120253)
ksulzer@seyfarth.com
Andrew M. Paley (State Bar No. 149699)
apaley@seyfarth.com
Sheryl L. Skibbe (State Bar No. 199441)
sskibbe@seyfarth.com
Regina A. Musolino (State Bar No. 198872)
rmusolino@seyfarth.com

Peter A. Walker, admitted *pro hac vice*
pwalker@seyfarth.com
Christopher H. Lowe, admitted *pro hac vice*
clowe@seyfarth.com
620 Eight Avenue
New York, New York 10018-1405
Tel: (212) 218-5500
Fax: (212) 218-5526

Attorneys for Defendants
DELOITTE & TOUCHE, LLP &
DELOITTE TAX, LLP

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPAN MEKHITARIAN, an individual (formerly the proposed class representative), on behalf of himself only; BRANDY BLASKE, an individual on behalf of herself and all others similarly situated; DAVID LEE, an individual on behalf of himself and all others similarly situated; JULIA LONGENECKER, an individual on behalf of herself and all others similarly situated; SVETLANA V. MURPHY, an individual on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DELOITTE & TOUCHE (ICS), LLC, a Delaware Limited Liability Company; and DELOITTE TAX, LLP, a Delaware Limited Liability Partnership; and DOES 1 THROUGH 50, inclusive,<br><br>Defendants. | Case No. CV 07-00412 DSF (MANx)<br><br>**[PROPOSED] PROTECTIVE ORDER RE PRODUCTION OF CONFIDENTIAL TAX RETURN INFORMATION, AS DEFINED IN SECTION 7216 OF THE INTERNAL REVENUE CODE**<br><br>**COURTROOM: 580** |

LA1 6878115.1

**ORDER**

GOOD CAUSE APPEARING, it is hereby ORDERED that the Parties shall comply with and be bound by the provisions of the Supplemental Stipulation filed by the parties on May 13, 2009, concerning Confidential Tax Return Information, as defined in Section 7216 of the Internal Revenue Code. It is further hereby ORDERED that this Order shall constitute an Order as contemplated by Section 7216 of the Internal Revenue Code permitting Defendants, subject to and limited by any and all other objections, to produce tax return information in accordance with this Order without violating Section 7216 of the Internal Revenue Code.

**IT IS SO ORDERED.**

Dated:   May 14, 2009                              /s/-Margaret A. Nagle
                                                   Honorable Margaret A. Nagle
                                                   United States Magistrate Judge

1

LA1 6878115.1

# EXHIBIT A

# DECLARATION REGARDING CONFIDENTIALITY

I, _____, declare:

1. I reside at _____.

2. I have read the Supplemental Stipulation and Protective Order dated May __, 2009, entered in the litigation between Plaintiff Stepan Mekhitarian and Defendants Deloitte Tax LLP and Deloitte & Touche LLP (collectively, "the Parties"), *Mekhitarian v. Deloitte Tax,* United States District Court, Central District of California, Case No. CV 07-00412 DSF (MANx) (" the Order").

3. I am familiar with the contents of the Order and agree to comply and be bound by the provisions thereof.

4. I will not divulge to persons other than those specifically authorized by the Order, and will not copy or use except solely for the purposes of this litigation and only as expressly permitted by the terms of the Order, any information obtained pursuant to the Order.

5. By signing below, I hereby agree to submit to the jurisdiction of the United States District Court for the Central District of California as the sole and exclusive venue for resolving any and all disputes regarding the Order and this Declaration Regarding Confidentiality.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on at _____ at _____.

_____
(Signature)

LA1 6878115.1