JS 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPAN MEKHITARIAN, an individual (formerly the proposed class representative), on behalf of himself only; BRANDY BLASKE, an individual on behalf of herself and all others similarly situated; DAVID LEE, an individual on behalf of himself and all others similarly situated; JULIA LONGENECKER, an individual on behalf of herself and all others similarly situated; SVETLANA V. MURPHY, an individual on behalf of herself and all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>DELOITTE & TOUCHE, LLP, a Delaware Limited Liability Partnership; and DELOITTE TAX, LLP, a Delaware Limited Liability Partnership,<br><br>        Defendants. | Case No. CV 07-0412 DSF (MANx)<br><br>Case assigned to Hon. Dale S. Fischer<br><br>**[ ORDER RE: STIPULATION TO DISMISS ENTIRE ACTION WITH <u>PREJUDICE</u>**<br><br>[Filed concurrently with Stipulation to Dismiss Entire Action With Prejudice] |

1    The Court, having considered the parties' Stipulation to Dismiss Entire
2 Action With Prejudice, and finding it supported by good cause, hereby orders as
3 follows:
4    1.    This action and all of the claims that have been asserted in this action
5 shall be dismissed with prejudice and without attorney's fees and costs to either
6 party.

8 Dated: November 29, 2010

*/s/ Dale S. Fischer*

_____
Dale S. Fischer
UNITED STATES DISTRICT JUDGE

12846541v.1

1